425 A.2d 329

**ANDERSON CONTRACTING CO., Appellant,**

v.

**David DAUGHERTY and Pearl Currie, Appellees.**

**No. 80-1-62.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1980.

Decided Nov. 3, 1980.

Reargument Denied Dec. 18, 1980.

Gary Kalmeyer, Kalmeyer & Kalmeyer, Pittsburgh, for appellant.

Edward A. Olds, Neighborhood Legal Services, Pittsburgh, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.